# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hotel Revenue Resources, Inc., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>Shane V. Gartley, an individual; DOES 1 through 10, inclusive,<br><br>Defendants. | No. CV 25-10135-DMG (SSCx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ACTION [16]** |

Pursuant to the Stipulation of the Parties and good cause appearing,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice in its entirety. Each party shall bear its own attorneys' fees and costs.

DATED: December 8, 2025

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE